IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN ROSENKRANTZ,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:98-CR-521 TS |

   This matter is before the Court on Defendant's *Pro Se* Motion for Early Termination of Supervised Release. Having considered the file, the circumstances presented by this case, and being otherwise fully informed, the Court will grant Defendant's Motion, as set forth below.

BACKGROUND

   Defendant began a 60-month term of supervised release on January 5, 2007. Defendant has completed over two years of his supervised release term and now seeks to terminate his supervised release. The government has responded that it has no objection to Defendant's request.

## DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is 1) warranted by the conduct of an offender and 2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice. Since the inception of his supervision, Defendant has maintained full-time employment and a stable residence. Defendant has not engaged in any new criminal conduct, nor has he come in contact with law enforcement. Defendant has submitted to random urinalysis and all results have been negative for the use of illegal substances. Defendant has paid all of his financial obligations and has complied fully with the terms of his supervision.

## CONCLUSION

Based upon the above, it is hereby

ORDERED that Defendant's *Pro Se* Motion for Early Termination of Supervised Release (Docket No. 253) is GRANTED. It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

SO ORDERED.

DATED this 2nd day of April, 2009.

                                BY THE COURT:

                                _____
                                TED STEWART
                                United States District Judge